UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | No. 2:21-cv-1114 |
| Plaintiff, | COMPLAINT WITH JURY DEMAND |
| v. | |
| VETERANCHEATS.COM, a business of unknown classification; DOE 1 a/k/a BLAZE, an individual; DOE 2 a/k/a KNORR, an individual; DOE 3 a/k/a JOHN MCBERG, an individual, and DOES 4-10, | |
| Defendants. | |

Plaintiff Bungie, Inc. ("Plaintiff" or "Bungie"), by and through its undersigned attorneys, for its Complaint against Defendants Veterancheats.com, Doe 1 a/k/a Blaze, Doe 2 a/k/a Knorr, Doe 3 a/k/a John McBerg, and Does 4-10 ("Defendants"), hereby alleges and avers as follows:

## INTRODUCTION

1.      Bungie is the owner and developer of the Destiny franchise—a series of online shared-world multiplayer games and expansions. The current iteration, Destiny 2, and its expansions have achieved critical commercial success and drawn together a community of millions of players around the world. Destiny 2 features regular expansions,

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

seasonal content, and continual updates to improve the player experience and maintain long-term engagement.

2.     While most players embrace the game experience as Bungie intended, competing fairly with the game and with one another, some players use illicit software that "hacks" Destiny 2 to create unfair advantages that ruin the experience for the rest of the community.

3.     Defendants provide, market, and support cheat software that encourages players to violate Bungie's software license agreement ("SLA") and damages the shared experience of Destiny 2. In Defendants' own words, their "VeteranCheats" software targets Destiny 2 by "inject[ing] code into the game memory," giving players an "array of features" to cheat—not just against the game itself, but against any other player who happens to encounter the cheater in the game.

4.     The "array of features" Defendants' software creates for their customers includes "ESP" functionality that allows the cheater to see other players' characters through walls and other barriers, "bots" that automatically target other players so the cheater can fire instantly and without having to aim, and other enhancements that are fundamentally unfair to the millions of players who invest time, money, and energy exploring and progressing through the game fairly.

5.     Bungie has invested and continues to invest significant time and resources to protect and improve the player experience in Destiny 2. For example, Bungie has both developed and licensed technology to detect and defeat cheat software, and routinely bans users who use such software to gain an unfair advantage over other players.

6.     As part of its diligent efforts to protect the Destiny experience, Bungie is seeking legal recourse against cheat developers and/or distributors like Defendants, who seek to profit by circumventing Bungie's license terms and security technology to give unscrupulous players unfair advantages.

COMPLAINT - 2 -
No. 2:21-cv-1114

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

7.      Accordingly, Bungie sues Defendants for the causes of action asserted in this Complaint, alleging as follows.

## PARTIES

8.      Bungie is a Delaware corporation with its principal place of business at 550 106th Avenue NE, Suite 207, Bellevue, Washington, 98004-5088. Bungie is the publisher of, and owner of exclusive rights in and to, Destiny 2.

9.      Bungie is currently unaware of the identities of Defendants and therefore sues them by the fictitious names Does 1-10. Bungie is informed and believes that discovery will reveal the Doe Defendants' true identities. Bungie will amend this Complaint to identify Defendants by name after their identities are revealed.

## JURISDICTION AND VENUE

10.      This Court has subject matter jurisdiction over Bungie's claims for violations of the Copyright Act and anti-circumvention provisions of the Digital Millennium Copyright Act (DMCA) and related claims pursuant to 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

11.      This Court has supplemental jurisdiction over Bungie's state law claims under 28 U.S.C. § 1367(a) because those claims are so related to Bungie's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

12.      On information and belief, personal jurisdiction over Defendants is proper because Defendants consented to jurisdiction in the state and federal courts in King County, Washington. On information and belief, Defendants accepted the terms of Bungie's SLA, which contains a forum selection clause providing that the user agrees to submit to the jurisdiction of any federal or state court in King County, Washington.

13.      On information and belief, personal jurisdiction over Defendants is also proper because, as explained in detail below, Defendants infringed Bungie's copyrights, circumvented and/or trafficked in technology that circumvented Bungie's technological

COMPLAINT - 3 -
No. 2:21-cv-1114

1    protection measures, and committed other acts directed to the state of Washington.

2    Defendants knew or should have known that the impact of their intentional acts would

3    cause harm in Washington, where Bungie is headquartered.

4         14.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part

5    of the events or omissions giving rise to the claims occurred in this judicial district and

6    Defendants have harmed Bungie in this judicial district.

7         15.    Venue is also proper because Defendants consented to suit in the federal

8    court located in King County, Washington.

9                              **FACTS AND BACKGROUND**

10   **A.    Bungie and the Destiny Franchise**

11        16.    Bungie is an independent game development studio that designs, develops,

12   and distributes the shared-world online multiplayer game Destiny 2, that combines story-

13   driven player-versus-environment (PvE) gameplay where players can work alone or

14   together to complete missions and battle non-player character (NPC) opponents, and

15   player-versus-player (PvP) modes where players compete against each other.

16        17.    Building on the success of Destiny, the original game, Bungie released

17   Destiny 2 in September 2017. Destiny 2 is currently available on Windows-based personal

18   computers, home video game consoles, and the Google Stadia cloud gaming service. The

19   Destiny community includes over 25 million registered players and is a commercial

20   success.

21        18.    Throughout the "shared-world" of Destiny 2, players see and interact with

22   each other. In most gameplay modes, players are automatically grouped together by

23   "always on" multiplayer matchmaking. Players who succeed in PvE or PvP content are

24   rewarded with in-game items, seals, and titles that are visible to other players, some of

25   which enhance their in-game progression, and some of which is purely cosmetic or

26   desirable due to scarcity or for reflecting skill or achievement. Success at challenging end-

     game PvE or PvP content can allow players to earn especially rare loot, cosmetic items,

and access to exclusive rewards such as special physical merchandise. Competition is fierce among players trying to earn these achievements and rewards.

19.     Bungie provides the basic Destiny 2 game free of charge, generating revenue by selling expansion packs, in-game currency, season passes, and other add-ons that introduce new characters, storylines, weapons, and reputation-enhancing tokens like armor ornaments and emblems.

20.     Bungie owns all rights, title, and interest in the copyrights in Destiny, Destiny 2, and all expansions, including without limitation, in its computer software and the audiovisual works that the software creates (collectively, the "Destiny Copyrights"). These copyrights are the subjects of U.S. Copyright Registrations listed in the table below, and attached as Exhibits 1–4.

| Title | Type | Registration No. | Date of 1st Publication | Expiration Date of Registration |
|-------|------|------------------|-------------------------|----------------------------------|
| Destiny 2 | Code (Literary Work) | TX 8-933-655 | September 9, 2017 | September 9, 2112 |
| Destiny 2: Beyond Light | Code (Literary Work) | TX 8-933-658 | November 10, 2020 | November 10, 2115 |
| Destiny 2 | Audiovisual | PA 2-282-670 | September 9, 2017 | September 9, 2112 |
| Destiny 2: Beyond Light | Audiovisual | PA 2-280-030 | November 10, 2020 | November 10, 2115 |

**B.     The Threat of Cheating and Bungie's Efforts to Protect its Player Community**

21.     The markets for online first-person shooter and online multiplayer games are extremely competitive, and Destiny 2 remains attractive to players because it is a "living game" in which Bungie constantly reinvests with new content and with improvements to existing content. However, this commitment to provide new content means that player retention is very important to Destiny 2's commercial success.

COMPLAINT - 5 -
No. 2:21-cv-1114

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

22.     Unfortunately, unscrupulous developers and players can destroy the Destiny 2 experience for the community by deploying "cheat" software. This software, described in more detail below, gives users unfair advantages in both PvE and PvP modes. Among other things, cheat software can give the user the ability to "see" their human and NPC opponents through walls and other barriers, "teleport" their characters and other players' characters to new locations of the cheater's choice, fire weapons more quickly and more accurately than humanly possible, become impervious to damage, never run out of ammunition, and other abilities that are fundamentally inconsistent with the shared experience of Destiny 2 that Bungie has worked diligently to create for its dedicated community of players.

23.     Users who rely on cheat software to enhance their own performance against the game's environment and against fellow players ruin the Destiny 2 experience for the rest of the community. In the PvP modes, honest players have little chance of progressing or earning rewards against opponents who can see them through walls, shoot them from impossible distances, and never run out of ammunition. Likewise in the PvE modes, players who enjoy the sense of progress and accomplishment by overcoming Destiny 2's challenges find their achievements devalued by cheaters.

24.     Given the threat that cheaters pose to the Destiny 2 community and to Bungie's own reputation, Bungie invests an enormous amount of time and money to ensure that all players stand on equal footing and have a fair chance of progressing in the game.

25.     To download, install, and play Destiny 2, players must create and register an account with Bungie and accept the terms of its Limited Software License Agreement

("SLA").[1] If a user does not agree to the SLA, the program will close and the user will not be able to access the game.

26.     Under the SLA, players agree among other things not to:

- hack or modify Destiny 2, or create, develop, modify, distribute, or use any unauthorized software programs to gain advantage in any online or multiplayer game modes;

- reverse engineer, derive source code, modify, decompile, or disassemble Destiny 2;

- exploit Destiny 2 or any of its parts commercially; or

- receive or provide 'boosting services,' to advance progress or achieve results that are not solely based on the account holder's gameplay.

27.     The SLA also specifically prohibits users from copying, reproducing, distributing, displaying or using any part of Destiny 2 except as expressly authorized by Bungie, and prohibits the creation of unauthorized derivative works.

28.     Bungie also employs anti-cheat technologies both within the game software client and on Bungie's servers that operate whenever the software client is running and must operate in order for users to play Destiny 2. These anti-cheat technologies are designed to protect and prevent players from accessing, reading, writing or modifying critical data used by the computer to enable multiplayer online gameplay.

29.     In the ordinary course of operation, Bungie's anti-cheat software detects whether malicious code has been inserted or injected into a computer's memory, and otherwise monitors the operation of the game to determine whether a player is using cheating software to gain an unfair advantage in the game. If Bungie's software detects that the player is using cheating software, the player will be denied access to Bungie's

---

[1] Bungie's SLA is available at www.bungie.net/7/en/Legal/SLA.

COMPLAINT - 7 -
No. 2:21-cv-1114

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

server or Bungie may take other disciplinary action such as banning the player from the game.

30.     Bungie provides an in-game tool as well as an online form on the Bungie website for players to report cheating, and uses those reports to investigate cheaters.

31.     Bungie regularly bans cheaters by disabling the players' accounts. Bungie may also implement a "Hardware ID" ("HWID") ban that blocks access to the game from the PC used by the cheating player, to ensure that the player cannot circumvent the ban by creating a new user account. To implement a HWID ban, Bungie obtains configuration data from the player's PC sufficient to uniquely identify the PC and denies subsequent access to the game by players using that PC.

**C.    Defendants' VeteranCheats Software and the Irreparable Harm it has Caused to Bungie and the Destiny 2 Community**

32.     On information and belief, Defendants have individually and collectively developed, adapted, advertised, sold, distributed and/or provided technical support for cheat software that explicitly targets Destiny 2 (the "VeteranCheats Software").

33.     Defendants advertise and sell the VeteranCheats Software through their website, Veterancheats.com (the "Website").

34.     On information and belief, Defendants individually and collectively develop, update, adapt, test, support, and otherwise exploit the VeteranCheats software, each causing the unlawful acts alleged in this Complaint to occur, making them jointly and severally liable for each and every cause of action alleged in this Complaint.

35.     In addition to the above, on information and belief Defendant Doe 1 a/k/a Blaze also owns and controls the Website.

36.     Defendants offer two cheat products for Destiny 2: "HLBOT" and "Razor." Users can purchase a "day key" or a "month key" for either product. Defendants charge approximately $19 (17€) per day or $164 (140€) per month for HLBOT, and $13 (11€) per day or $105 (90€) per month for Razor.

COMPLAINT - 8 -
No. 2:21-cv-1114

37.     Defendants are not subtle about their intentions. In fact, they cite the strength of Bungie's anti-cheat software as the reason they charge such exorbitant subscription fees as shown in the below screenshot from the Website (emphasis added):

**Are there free Destiny 2 hacks on the internet ?**

Many players often search for **free Destiny 2 hacks** on the web. Sadly, there are no free cheats available for this game due to the complex anti-cheat this game has, hence the high prices for our cheats. The game has a strong anti-cheat detection system which means that high-quality cheats are expensive to create and maintain. Previously, there have been free pixel scanning cheats that could help with aim, however they have been unreliable and often don't even work properly. Higher quality cheats include those that directly inject code into the game memory, and these usually provide an array of features, however this does come with a cost to pay.

38.     Once a player activates Defendants' software and "injects [the] code into the game memory," the player can choose from Defendants' "array of features" which includes "aimbots" (which automatically target opponents on screen, allowing the cheater to make even the most difficult shots with little or no effort), "ESP" (which allows players to see information about their opponents—such as locations and weapons—that is normally not visible) and a variety of other artificial enhancements such as unlimited ammunition and unlimited lives. Exemplary screen captures showing some of these features are shown below.

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



39.     Defendants promote their VeteranCheats Software online and on their Website, including by uploading videos showing the cheat software in action. The videos illustrate the modifications the software makes to the Destiny 2 game displays. Among other things, Defendants' software adds text, numbers, and images that reveal the locations of other players who would otherwise be hidden behind walls or other objects, and add highlighted "targeting" frames around other players' characters:

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22



23      40.     The VeteranCheats Software also alters the display and game experience

24   for other players. For example, a player whose opponent uses "ESP" to see their location

25   through a wall and the "aimbot" to shoot them the instant they come into view experiences

26   an impermissibly altered—and fundamentally unfair—version of the game. Defendants'

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

own promotional videos document how their software enables their customers to modify

the game for other players.

41.     This unfair and unauthorized alteration of the Destiny 2 experience causes

concrete and irreparable harm to Bungie and the Destiny 2 community. As the

representative tweets below illustrate,[2] cheaters ruin the game experience for honest

players, damaging Bungie's reputation and impairing its ability to keep players engaged.



42.     Further compounding the damage, Defendants' VeteranCheats Software

also features HWID Spoofers, which facilitate altering the information Bungie's anti-cheat

systems use to identify and block access to hardware that has been banned for cheating or

other violations of Bungie's SLA, thus circumventing specific technical measures

designed to prevent banned users from accessing Bungie's services. Defendants readily

---

[2] The names, profile images, and handles for these posts have been redacted.

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

admit on their Website that the VeteranCheats Software is intended to evade detection by

Bungie's anti-cheat technology:



43.     In promoting the VeteranCheats Software, Defendants use imagery from

Destiny 2, as shown in the below example screenshots from the Website. Bungie has not

authorized Defendants to reproduce, modify or otherwise use the game's copyrighted

imagery or displays.

 

44.     Defendants also offer customer service for the VeteranCheats Software,

including providing updates, as evidenced by the below example screenshot Defendants'

chat box on the Website:

COMPLAINT - 13 -
No. 2:21-cv-1114

**Blaze**
01/08/21 02:40 AM
[Destiny 2] - HLBot has been updated to the latest game patch and crashes fixed. Fully restart
your PC and re-inject the cheat!



45.     On information and belief, in developing, updating, adapting, testing, supporting, and otherwise exploiting the VeteranCheats Software, Defendants have downloaded, installed, and played Destiny 2, accepting the terms of Bungie's SLA in the process.

46.     On information and belief, in developing, updating, adapting, testing, supporting, and otherwise exploiting the VeteranCheats Software, Defendants copied Bungie's copyrighted works and reverse engineered, disassembled, decompiled, decrypted, and/or modified those works without Bungie's authorization, in violation of the SLA.

47.     On information and belief, the VeteranCheats Software incorporates technology that avoids, bypasses, removes, deactivates, and/or impairs Bungie's technological measures that control access to Bungie's copyrighted code and/or audiovisual works for Destiny 2.

48.     On information and belief, each time a player uses the VeteranCheats Software, the software circumvents Bungie's technological protection measures by evading anti-cheat protections and detection. Thus, by using the VeteranCheats Software players breach the SLA by "us[ing] an[] unauthorized software program[] to gain

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

advantage in any online or multiplayer game modes." On information and belief, as a result of Defendants' conduct, thousands of such breaches have occurred.

49.     Defendants' actions have caused and continue to cause serious and irreparable harm to the Destiny 2 community and to Bungie. Legitimate players frustrated by cheaters invest less—both in terms of time and money—in the game, and may stop playing the game altogether. This harms Bungie financially and reputationally, sapping the goodwill upon which Bungie's business depends.

50.     The financial harm to Bungie also includes the significant resources it has been forced to invest attempting to detect, investigate, and remediate cheating activity, including constantly updating and hardening its anti-cheat technology, responding to player complaints, and banning users of Defendants' VeteranCheats Software.

51.     On information and belief, Defendants rely on third-party service providers both within and outside the United States to operate the Website, distribute the VeteranCheats Software, and collect and process payments.

## FIRST CAUSE OF ACTION
### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

52.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

53.     Destiny 2, including its underlying source code, client files, screen displays, artwork, and other audiovisual elements, constitutes an original work of authorship and copyrightable subject matter under the laws of the United States.

54.     Bungie owns or has exclusive rights to all right, title, and interest in Destiny 2.

55.     Defendants had access to Destiny 2.

56.     Defendants have infringed Bungie's Destiny Copyrights by:

- Copying or reproducing Destiny 2;

- Reproducing artwork from Destiny 2 on the Website; and

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

- Creating derivative works, including by modifying Destiny 2's performance and screen displays.

57.     Defendants' users also infringe Bungie's copyrights when using the VeteranCheats Software to create derivative works, including by modifying Destiny 2's performance and screen displays for themselves, in streams transmitted and uploaded through third-party services, and for other players who interact with them in both PvE and PvP modes. Defendants are liable for inducing and contributing to such infringing acts.

58.     Moreover, Defendants have used Destiny 2 beyond the scope of the SLA in a manner that constitutes copyright infringement. Defendants also have induced and contributed to others, namely users of the VeteranCheats Software, using the game beyond the scope of the SLA. Defendants are liable for their users' infringing acts.

59.     Defendants' actions are willful, in disregard of, and with indifference to Bungie's rights.

60.     Defendants' conduct has caused irreparable harm to Bungie, and, unless enjoined, will cause further irreparable harm for which Bungie has no adequate remedy at law.

61.     Bungie is entitled to relief pursuant to 17 U.S.C. §§ 502-505, including, but not limited to, injunctive relief, an order for the impounding and destruction of Defendants' infringing copies and/or derivative works, compensatory damages (including, but not limited to actual damages and/or Defendants' profits), and Bungie's costs and attorneys' fees.

**SECOND CAUSE OF ACTION**
**(Circumvention of Technological Measures, 17 U.S.C. § 1201(a))**

62.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

63.     Bungie has designed and implemented technological measures to prevent and control access to Destiny 2. These technological measures include attempts to

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

safeguard data and prevent unauthorized reading and writing of this data, as well as unauthorized execution of game logic. Additional measures are taken to prevent otherwise normal game functionality (e.g. firing a weapon) from being manipulated, misused, or over-used to gain an unfair advantage.

64.     In the ordinary course of the operation of these technological measures, they require the application of information, or a process or a treatment, with the authority of Bungie, to gain access to Destiny 2.

65.     On information and belief, Defendants descrambled, decrypted, avoided, bypassed, removed, deactivated, and/or impaired one or more of Bungie's technological measures that control access to Destiny 2 without the authority of Bungie.

66.     As a direct result of Defendants' circumvention, Bungie has been injured, and will continue to be injured.

67.     Defendants' actions were and are willful.

68.     Defendants' conduct has caused irreparable harm to Bungie, and, unless enjoined, will cause further irreparable harm for which Bungie has no adequate remedy at law.

69.     Bungie is entitled to the relief provided by 17 U.S.C. § 1203, including, but not limited to, injunctive relief, an order for the impounding, modification, or destruction of any device or product in Defendants' custody or control involved in the circumvention of Bungie's technological measures, actual damages and Defendants' profits or statutory damages, and Bungie's costs and attorneys' fees.

**THIRD CAUSE OF ACTION**
**(Trafficking in Circumvention Technology, 17 U.S.C. §§ 1201(a)-(b))**

70.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

71.     Bungie is the owner of valid, registered, and enforceable copyrights in Destiny 2.

COMPLAINT - 17 -
No. 2:21-cv-1114

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

72.     Bungie has designed and implemented technological measures to safeguard critical player data and prevent unauthorized reading and writing of this data, as well as unauthorized execution of game logic. Additional measures are taken to prevent otherwise normal game functionality from being manipulated, misused, or over-used to gain an unfair advantage.

73.     In the ordinary course of the operation of these technological measures, they prevent, restrict, or otherwise limit the exercise of any rights in Destiny 2 exclusive to Bungie, including unauthorized modification of the game client or unauthorized modification of information sent to or from Bungie's servers.

74.     On information and belief, Defendants manufacture, import, offer to the public, provide, or otherwise traffic in cheat software that contains technology, products, services, devices, components, or parts thereof, that (A) is primarily designed or produced for the purpose of circumventing Bungie's technological measure(s) that effectively controls access to a work; (B) has no commercially significant purpose or use other than to circumvent a technological protection measure that effectively controls access to a work; and/or (C) is marketed by Defendants for the express purpose of circumventing technological protection measure(s) that effectively control access to Bungie's protected work.

75.     On information and belief, Defendants manufacture, import, offer to the public, provide, or otherwise traffic in a technology, product, service, device, component, or part thereof, that (A) is primarily designed or produced for the purpose of circumventing protection afforded by technological measure(s) that effectively protects a right of Bungie in a work or a portion thereof; (B) has no commercially significant purpose or use other than to circumvent protection afforded by technological protection measure(s) that effectively protect a right of Bungie in a work or a portion thereof; and/or (C) is marketed by Defendants for the express purpose of circumventing protection

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

afforded by technological protection measure(s) that effectively protect Bungie's exclusive rights in its protected work or a portion thereof.

76.     As a direct result of Defendants' trafficking, Bungie has been injured, and will continue to be injured.

77.     Defendants' actions were and are willful.

78.     Defendants' conduct has caused irreparable harm to Bungie, and, unless enjoined, will cause further irreparable harm for which Bungie has no adequate remedy at law.

79.     Bungie is entitled to the relief provided by 17 U.S.C. § 1203, including, but not limited to, injunctive relief, an order for the impounding, modification, or destruction of any device or product in Defendants' custody or control involved in the circumvention of Bungie's technological measures, damages measured at Bungie's election either by Bungie's actual damages and Defendants' profits or statutory damages, and Bungie's costs and attorneys' fees.

## FOURTH CAUSE OF ACTION
### (Breach of Contract)

80.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

81.     Access to and use of Destiny 2 is governed by and subject to the SLA.

82.     At all times relevant hereto, Bungie prominently displayed and/or provided links to the SLA, including on its website, www.bungie.net.

83.     On information and belief, Defendants agreed to the SLA by downloading, installing, and/or using Destiny 2.

84.     The SLA is a valid, enforceable contract between Bungie and Defendants.

85.     Defendants breached the SLA by:

(a)     Exploiting Destiny 2 commercially;

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

(b)     Copying, reproducing, distributing, displaying, and/or using Destiny 2;

(c)     Selling, renting, leasing, licensing, distributing, and/or transferring Destiny 2 or any copies thereof;

(d)     Reverse engineering, deriving source code, modifying, decompiling, disassembling, and/or creating derivative works of Destiny 2, in whole or in part; and/or

(e)     Hacking or modifying Destiny 2, or creating, developing, modifying, distributing, or using any unauthorized software programs to gain advantage in any online or multiplayer game modes.

86.     Bungie has performed its obligations pursuant to the SLA.

87.     As a direct and proximate result of Defendants' breaches of the SLA, Bungie has been and will continue to be harmed, entitling it to injunctive relief, damages, attorneys' fees, costs, and/or other equitable relief against Defendants.

**FIFTH CAUSE OF ACTION**
**(Tortious Interference)**

88.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

89.     When a player downloads, installs, and or uses Destiny 2, the player accepts the terms of the SLA.

90.     The SLA is a valid and enforceable contract between Bungie and Destiny 2 players.

91.     On information and belief, Defendants were aware of the SLA between Bungie and players of Destiny 2 because Defendants, by downloading, installing, and/or using Destiny 2, also agreed to the terms of the SLA.

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

92.     Defendants were aware that the SLA prohibits "hack[ing] or modify[ing] [Destiny 2], or . . . us[ing] any unauthorized software programs to gain advantage in any online or multiplayer game modes."

93.     Defendants intentionally induced or caused Destiny 2 players that use Defendants' VeteranCheats Software to breach the SLA.

94.     On information and belief, Defendants interfered with Bungie's contracts with Destiny 2 players with an improper purpose.

95.     Defendants also interfered with Bungie's contracts with Destiny 2 players through improper means, including the acts described above.

96.     As a result of Defendants' conduct, Bungie has suffered damages, including but not limited to loss of goodwill among players of Destiny 2, expenditure of resources to detect, investigate, and prevent use of Defendants' cheat software, and decreased profits.

**SIXTH CAUSE OF ACTION**
**(Violation of the Washington Consumer Protection Act, RCW 19.86.020)**

97.     Bungie repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

98.     The foregoing acts of Defendants constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of RCW 19.86.020.

99.     Defendants' conduct affects and is contrary to the public interest, tends to mislead a substantial portion of the public, and has injured and, unless enjoined, will continue to injure Bungie in its business and property.

100.     Defendants' actions further contravene the public interest since there is a strong public interest in computer security and safety. Upon information and belief, Defendants' cheat software products induce users to disable antivirus and other protective

COMPLAINT - 21 -
No. 2:21-cv-1114

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

measures and obtain low-level access to system resources that can transform unwitting users' personal computers into proxies for illegal activity and/or render them vulnerable to malicious software.

101.    As a result of Defendants' conduct Bungie has been and will continue to be damaged and is entitled to actual damages, treble damages, costs of litigation, attorneys' fees, and an injunction.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Bungie demands a trial by jury as to all issues so triable in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bungie, Inc., prays for the following relief:

A.    That judgment be entered in Bungie's favor against Defendants on all claims.

B.    That Defendants and their officers, agents, representatives, servants, employees, heirs, successors, and assigns, and all others in active concert or participation with Defendants be preliminarily and permanently enjoined from:

(1)    Infringing, inducing, or enabling others to infringe Bungie's copyrights;

(2)    Creating, writing, developing, advertising, promoting, and/or offering for sale or otherwise any software that infringes Bungie's copyrights;

(3)    Descrambling, decrypting, avoiding, bypassing, removing, deactivating, or impairing a technological measure that controls access to Bungie's copyrighted works;

(4)    Manufacturing, importing, offering to the public, providing, linking to or otherwise trafficking in any technology, product, service, device, component, or part thereof that (A) is primarily designed or

COMPLAINT - 22 -
No. 2:21-cv-1114

Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

1  produced for the purpose of circumventing Bungie's technological

2  measure(s) that effectively controls access to a work; (B) has only

3  limited commercially significant purpose or use other than to

4  circumvent a technological protection measure that effectively

5  controls access to a work; and/or (C) is marketed by Defendants for

6  use in circumventing technological protection measure(s) that

7  effectively control access to a work;

8  (5)  Manufacturing, importing, offering to the public, providing, linking

9  to or otherwise trafficking in any technology, product, service,

10  device, component, or part thereof that (A) is primarily designed or

11  produced for the purpose of circumventing protection afforded by

12  technological measure(s) that effectively protects a right of Bungie

13  in a work or a portion thereof; (B) has only limited commercially

14  significant purpose or use other than to circumvent protection

15  afforded by technological protection measure(s) that effectively

16  protect a right of Bungie in a work or a portion thereof; and/or (C)

17  is marketed by Defendants for use in circumventing protection

18  afforded by technological protection measure(s) that effectively

19  protect a right of Bungie in a work or a portion thereof;

20  (6)  Accessing Destiny 2 for any purpose not explicitly authorized by

21  Bungie's SLA;

22  (7)  Effecting any assignments or transfers, forming new entities or

23  associations, or utilizing any other device or process for the purpose

24  of circumventing or otherwise avoiding the terms of the injunction;

25  and

26  (8)  Aiding or assisting another person or entity in any of the activities

described in (1) - (7).

COMPLAINT - 23 -
No. 2:21-cv-1114

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

C.      That Defendants be ordered to destroy all copies of Destiny 2 or any derivative work thereof in their possession or control;

D.      That Defendants be ordered to destroy all copies of the VeteranCheats Software and any other software within their possession, custody, or control that enables users to cheat in Destiny 2;

E.      That all third parties, including without limitation all Internet Service Providers, hosts, domain name server operators, cloud storage providers, and advertising service providers, who are currently providing services used in connection with the VeteranCheats Software be added to the injunction as the Court finds equitable and appropriate;

F.      That all banks, savings and loan associations, payment processors or other financial institutions, payment providers, third-party processors, and advertising service providers of Defendants or any of them, be ordered to immediately locate all accounts connected to Defendants or Defendants' infringing activities and to immediately cease transferring or disposing of any money or other of Defendants' assets, cease allowing such funds to be transferred or withdrawn, and cease allowing any diminutions to be made by Defendants from such accounts pending further order of the Court.

G.      That Bungie be awarded restitution and damages, including but not limited to compensatory, statutory (including enhanced statutory damages for willful infringement), punitive damages, and all other damages permitted by law;

H.      That Bungie be awarded pre-judgement and post-judgment interest on all damages awarded against Defendants;

I.      That Bungie be awarded its costs incurred in this suit as well as reasonable attorneys' fees; and

J.      For such other relief as the Court deems just and proper.

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED: August 18, 2021          Respectfully Submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*s/ Christopher Varas*

Christopher Varas (WA Bar No. 32875)
Christian Hawthorne (WA Bar No. 53094)
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: 206.516.3088
Facsimile: 206.623.6793
cvaras@kilpatricktownsend.com

*Pro Hac Vice Application Forthcoming*:
Crystal Genteman
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
cgenteman@kilpatricktownsend.com

*Attorneys for Plaintiff Bungie, Inc.*

COMPLAINT - 25 -
No. 2:21-cv-1114