UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VETERANCHEATS.COM et al., <br><br> Defendant. | Case No. C21-1114-SKV <br><br> ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT |

This is an action for copyright infringement and other related claims.  After being served in accordance with Articles 2 and 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters and Federal Rule of Civil Procedure 4(f)(1), *see* Dkts. 21-22, 26, Defendant Mihai Claudiu-Florentin failed to appear in this proceeding.  Plaintiff moved accordingly for an entry of default against Defendant Mihai on July 14, 2022.  Dkt. 27.  The Court entered default on that same date.  Dkt. 29.  Plaintiff then filed a motion requesting post-default discovery.  Dkt. 30.  The discovery was to be aimed at gathering information Plaintiff could use to assess the request for monetary damages against Defendant Mihai and ultimately file a motion for default judgment.  Dkt. 30.  On September 6, 2022, the Court issued an Order granting Plaintiff's motion for post-default discovery.  Dkt. 31.

ORDER DIRECTING PLAINTIFF TO FILE
STATUS REPORT - 1

1. It has been more than 90 days since the Court granted Plaintiff's motion for post-default discovery. As of the date of this Order, no motion for default judgment has been filed. As such, Plaintiff is hereby directed to submit a status report to the Court on or before **January 10, 2023**, informing the Court of the status of post-default discovery and the date by which Plaintiff expects to file a motion for default judgment.

The Clerk is directed to send copies of this order to the parties.

Dated this 13th day of December, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO FILE
STATUS REPORT - 2