# EXHIBIT 4



https://www.reddit.com/r/DestinyTheGame/comments/8hpd26/the_cheating_problem_in_pc_destiny_2/
Microsoft Edge 107.0.1418.42
5:15:44 PM 1/30/2023
Windows 10 Enterprise 64-bit Build 19042







 



← Tweet

Search Twitter

**Connor** @Gigz

Getting any Destiny news while the game is riddled with hackers just pisses me off. If it isn't about anti-cheat or how Bungie plans to handle hackers, I couldn't care less. This problem has been going on for 6+ months and we're just left in the dark. Step up already

6:04 AM · Apr 21, 2020

**241** Retweets **18** Quote Tweets **3,001** Likes

Tweet your reply

Reply

**Ayden** @rRedset · Apr 21, 2020
Replying to @Gigz
Don't play pc
6 24

**Connor** @Gigz · Apr 21, 2020
Replying to @rRedset
Yes I love 10-30FPS, people on WiFi with P2P connections, 70 FoV, long loading, and paying a subscription for online play. If console didn't run like a game from 2004, I would consider it
31 48 874

Show replies

**Gladd** @Gladd · Apr 21, 2020
Replying to @Gigz
Wanna quaran-team up with me and I'll take your mind off this nonsense? 😉
3 1 352

Show replies

**Crusader, Lord of the Realm** @Crusader3456 · Apr 22, 2020
Replying to @Gigz
Next Day 1 gonna be ruined by cheaters
1

**DsBryon** @DeSBryon · Apr 21, 2020
Replying to @Gigz
The problem started (big) when destiny came to PC. Trust me, I've been playing the game since very beginning
2 4

Show replies

**Grey** @GreyGaming_ · Apr 21, 2020
Replying to @Gigz
Couldn't agree more man, we fully understand people on consoles don't face as many hackers. That's not the f point here lol. Why should we jump throw hoops to avoid cheaters? Even reporting them to bungie is a massive chore..

**Officer Paiin** @OfficerPaiin · Apr 21, 2020
Replying to @Gigz

## Relevant people

**Connor** @Gigz
Follow
Twitch Streamer | Business Inquiries: gigzbusiness@gmail.com | instagram.com/gigzt1

## What's happening

NHL · LIVE
**Bruins at Lightning**

**#InfinityPool**
See the electrifying thriller Infinity Pool in theaters – if you dare
Promoted by NEON

Trending in United States
**Greninja**
2,262 Tweets

Entertainment · Trending
**Secret Wars**
1,115 Tweets

Trending in United States
**Newsmax**
89.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

Messages

Thread

Search Twitter

**Mtashed** @MTashed

I have played less games without disconnects or cheaters today, than games WITH cheaters and disconnects.

Might quit Destiny 2 at this rate if it doesn't change.

Views are going to tank but I am kinda done until this is patched. Sorry.

7:44 PM · Apr 18, 2020

61 Retweets 9 Quote Tweets 1,888 Likes

Tweet your reply

Reply

**Mtashed** @MTashed · Apr 18, 2020
Replying to @MTashed
Yet, I have some great momentum. Some of my streams are INSANE.

I have a good thing going, but I'm just so tired of this.

Do I take the hit to be more happy? Will I be more happy watching my audience tank?

58 7 538

**Tom Warren** @tomwarren · Apr 18, 2020
Replying to @MTashed
the cheaters stuff won't be simply patched. Bungie doesn't have an active anti-cheat engine in the game. They'll need to partner with someone to do that. Gonna be months until they can fully address it, and a cat and mouse game until then

6 4 84

**Mtashed** @MTashed · Apr 18, 2020
Replying to @tomwarren
yea that is what scares me :(

3 39

Show replies

**Ravi** @ravipathak59 · Apr 18, 2020
Replying to @MTashed
Just hope Anthem 2.0 arrives and it is actually good. I'm starting to feel burn out as well

1

**RG | 𝓙𝓪𝔂 ▯** @FataL_J_ · Apr 18, 2020
Replying to @MTashed
Switch over to console for a bit man. It's definitely slower paced, but less bullshit I guess. Lol

1

**N3RD** @NerfThatNerd · Apr 18, 2020
Replying to @MTashed
Just do what you enjoy. If its not destiny so it is. No biggie with how pc is rn

## Relevant people

**Mtashed** @MTashed
Follow
Business Email: Mtashed@mythictalent.com Code Mtashed for 10% off @advancedgg instagram.com/mtashed Twitch.tv/mtashed

## What's happening

NHL · LIVE
**Bruins at Lightning**

**#InfinityPool**
See the electrifying thriller Infinity Pool in theaters – if you dare
Promoted by NEON

Trending in United States
**Greninja**
2,223 Tweets

Entertainment · Trending
**BLAKE LIVELY**
Trending with colleen hoover, Justin Baldoni

Music streaming service · Trending
**Spotify**
589K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

Messages

0:01 / 12:26

### How CHEATERS Have RUINED Destiny 2 Competitive(Rant)

**Destiny Fun Police** ✓
173K subscribers

Subscribe    👍 4.1K  👎    ↗ Share  ＋ Save  ⋯

144,125 views  Sep 8, 2019
Had to reupload bc audio issue, but this needed to be dealt with
Watch me live on Twitch - http://www.twitch.tv/DFPsheikh
Keep up to date on Twitter - http://www.twitter.com/DFPSheikh
Follow me on Insta - http://www.instagram.com/DFPsheikh
Use code 'DFP' for 10% off a Battle Beaver Custom Controller - https://battlebeavercustoms.com/disco...
DFP Merchandise - https://teespring.com/en-GB/stores/de...
FOCUS by Advanced is a Nootropic Energy Formula that ACTUALLY WORKS:
Save 10% OFF your purchase by using code "DFP" at Checkout! Click here: [https://advanced.gg/ref/DFP]
Use code 'DFP' for 10% off KontrolFreeks!
Secret Lab Partner - Best Gaming Chairs On The Market - https://bit.ly/2zQA2aV
Partnered with Blue Microphones!

Show less

 **Destiny 2**
2017
BROWSE GAME ›

 **Gaming**
BROWSE ALL GAMING ›

#### Shop the Destiny Fun Police store

 DFP big Orb All-Over Print ...
$49.99
Spring ↗

 DFP big Orb Classic Crew...
$44.14
Spring ↗

 I Got Bagged By DFP
$47.00
Spring ↗

**1,637 Comments**   ≡ Sort by

 Add a comment...

📌 Pinned by Destiny Fun Police

 **Destiny Fun Police** ✓  3 years ago
If you come across cheaters, don't message them, or try to contact them - report them to bungie and hopefully something gets done about this rampant issue.

👍 362  👎   Reply

⌄ 119 replies

---





Purdue Global
Ad · www.PurdueGlobal.edu
Learn more


This CHEATER Had Speed Hacks, Aimbot & Infinite...
Lanza
7.4K views · 8 months ago


Is Competitive Division Good or Bad in Destiny 2?
True Vanguard
41K views · 1 month ago


EASIEST Way to get GOD Roll Armor in Destiny (Ultimate...
ZkMushroom ✓
310K views · 3 months ago


THEY SAID THIS WASN'T GOOD ANYMORE (they lied)
Destiny Fun Police ✓
17K views · 10 days ago


This Weapon Is STILL INSANE But Everyone Stopped Using It...
Destiny Fun Police ✓
36K views · 2 weeks ago


Top Weapons for Solo Players - Solo Dungeons, Solo Lost...
Ebontis
118K views · 2 months ago


FARM FOR THESE WEAPONS BEFORE THEY GO! (Legit...
Destiny Fun Police ✓
24K views · 11 days ago


Imagine Losing With Aimbot
SayWallahBruh ✓
53K views · 1 year ago


MY ULTIMATE GOD ROLL IS FINALLY META! (I've Been...
Destiny Fun Police ✓
30K views · 2 weeks ago


THIS TITAN BUILD SHOULD BE ILLEGAL! (CryoCLAP)
Destiny Fun Police ✓
47K views · 1 day ago
New


Destiny 2: Liminal Vigil Is An Unexpected MUST HAVE BEAST
CoolGuy ✓
54K views · 2 days ago
New

THIS WILL CHANGE HOW YOU PLAY VOID TITAN IN PVP!
Destiny Fun Police ✓
22K views · 3 days ago
New

What Your Favourite Destiny Exotic Says About You: Kinetic...

---