# EXHIBIT 2

| | |
|---|---|
| **From:** | FastnFurious 7 |
| **To:** | Varas, Christopher |
| **Subject:** | Withdrawal notice question! |
| **Date:** | Monday, October 18, 2021 10:17:02 AM |

**CAUTION: External Email**

Hello! i have been selling a product for Destiny 2 but seems like the Bungie INC company does not condone this behaviour. My stripe merchant gateaway has let me know to contact you regarding this matter! so you can withdraw this legal notice

Let me know what withdrawal notice means and what do i need to do? in order to avoid any legal issue/trouble

Does this means that this matter can be solved amicably between us? (for example, i stop provide my customers with the Destiny 2 product then this problem will be solved?)

| | |
|---|---|
| **From:** | FastnFurious 7 |
| **To:** | Varas, Christopher |
| **Subject:** | Re: Withdrawal notice question! |
| **Date:** | Thursday, October 21, 2021 11:46:43 AM |

**CAUTION: External Email**

My name is Mihai Claudiu Florentin. The physical address is Str Viilor, Nr.1217 Manastirea

They could had just talk to me directly but i never got contacted via website or via email by a bungie representative. Its their fault for spending fees on attourney instead talking to me to remove the products from the website. There is close to no damage caused by me as there were rarely sales regarding the destiny 2 product since the game is not as popular.

The one who should be sued is the developer of the product, not a small seller like me. Why they dont try to identify the developer of the product instead? ring-1

Also take a look at my website: https://veterancheats.com/store/ (Destiny 2 got removed)
And the destiny 2 page: https://veterancheats.com/destiny-2-hacks-cheats-aimbot-esp/

Anyway my desire is for you to stop requesting the information from my third party Stripe merchant, as that will actually force me to not be so obedient and it will make the situation worse for both me and Bungie. I request a withdrawal of information request and if you accept, i will stop distributing the destiny 2 software (Skycheats,Battlelog,Privatecheatz has sold Destiny 2 software for more than 1 year and they did not got sued by Destiny 2. As you can see, i have already removed the product from the website. As long, the Bungie.INC company leaves me alone ,i will no longer distribute these products (which are not created by me. I am just a small seller, trying to make some profits).

On Thu, Oct 21, 2021 at 4:38 PM Varas, Christopher <CVaras@kilpatricktownsend.com> wrote:

> We've received your emails. Our client Bungie has filed a lawsuit against you and the other defendants who are responsible for creating, selling and supporting the Destiny 2 cheat software alleged in the attached complaint. The next step in this lawsuit is for Bungie to amend its complaint to name you and the other defendants, and to formally serve the complaint and related documents on each of you. To facilitate service of the court documents please provide us with: 1) your full legal name and physical address; and 2) the full legal names and physical addresses of every other person who has participated in creating, selling and/or supporting the software alleged in the attached complaint. Once we have verified that information, formally served you and the other defendants with the court documents and notified the court that service is complete, Bungie would be open to discussing whether a settlement might be possible. We look forward to your prompt response. In the meantime, our client is continuing its investigation to locate the information it will need to amend its complaint and serve you and the other defendants with process in accordance with the court's requirements.

Sincerely,

Chris Varas

**Christopher T. Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 3700 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088 | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | VCard

**From:** FastnFurious 7 <l2memory93@gmail.com>
**Sent:** Tuesday, October 19, 2021 3:34 AM
**To:** Varas, Christopher <CVaras@kilpatricktownsend.com>
**Subject:** Re: Withdrawal notice question!

Its unacceptable to reveal my information to Bungie since they never contacted me directly to cease the selling of the destiny 2 cheat/software!

On Tue, Oct 19, 2021 at 1:32 PM FastnFurious 7 <l2memory93@gmail.com> wrote:

> Im waiting for a reply?
>
> You are the one who send me this .pdf file!
>
> On Mon, Oct 18, 2021 at 8:57 PM FastnFurious 7 <l2memory93@gmail.com> wrote:
>
>> If i remove the product from my store and i wont sell it again. Will this action be ceased against me and you will no longer require my information ?

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission

and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.